1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMI C. LONG, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>OLYMPIA EMERGENCY SERVICES, PLLC, et al.,<br><br>               Defendants. | CASE NO. C20-5468JLR<br><br>MINUTE ORDER<br>CONSOLIDATING CASES |
| EMI C. LONG, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>PROVIDENCE ST. JOSEPH HEALTH, et al.,<br><br>               Defendants. | CASE NO. C20-5616JLR |

MINUTE ORDER CONSOLIDATING CASES - 1

1   The following minute order is made by the direction of the court, the Honorable

2   James L. Robart:

3   The above-captioned cases are hereby consolidated.  All future pleadings related

4   to either of the above entitled matters shall bear the consolidated caption of this order and

5   shall be filed solely in case number C20-5468JLR.

6   Filed and entered this 6th day of August, 2020.

7

8                                             ____WILLIAM M. MCCOOL____
                                              Clerk of Court

9
                                              ____s/Ashleigh Drecktrah_____
10                                            Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER CONSOLIDATING CASES - 2