HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| EMI C. LONG, aka EMI C. FARLEY and KIRK P. FARLEY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>OLYMPIA EMERGENCY SERVICES, PLLC, a Washington Limited Liability Company; PACIFIC WOMEN'S CENTER, LLC, an Oregon Corporation; RICHARD BEYERLEIN, MD; PROVIDENCE ST. JOSEPH HEALTH, a Washington Corporation; PROVIDENCE HEALTH & SERVICES, a Washington corporation; PROVIDENCE HEALTH & SERVICES -WASHINGTON, a Washington corporation, dba PROVIDENCE ST. PETER HOSPITAL and PROVIDENCE MEDICAL GROUP; COREY SULLIVAN MD; JOHN NGO, DO; ARIN BRASETH, MD; BAYER HEALTHCARE, LLC, a Delaware Corporation; BAYER MEDICAL CARE, INC., a Delaware Corp.; and BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation;<br><br>Defendants. | Case No. 3:20-cv-05468-JLR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO BAYER DEFENDANTS ONLY** |

THIS MATTER having come before the Court by way of stipulated motion for entry of judgment by Plaintiffs and Defendants Bayer Healthcare, LLC, Bayer Medical Care, Inc., and

---

ORDER OF DISMISSAL WITH PREJUDICE AS
TO BAYER DEFENDANTS ONLY - Page 1
(3:20-cv-05468-JLR)

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile : (503) 616-3600

Bayer Healthcare Pharmaceuticals, Inc. (hereinafter "Bayer Defendants") to dismiss all claims against Bayer Defendants only, with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all of Plaintiffs' claims against Bayer Defendants only are hereby dismissed with prejudice and without costs as to any party.

DATED this __24 th__ day of __September__, 2020.

_[signature]_
HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

**GORDON REES SCULLY MANSUKHANI, LLP**

_s/ Nancy M. Erfle_
Nancy M. Erfle, WSBA No. 20644
1300 SW Fifth Avenue, Suite 2000
Portland OR 97201
T: 503-382-3852
nerfle@grsm.com
   _Counsel for Defendants Bayer Healthcare, LLC, Bayer Medical Care, Inc., and Bayer Healthcare Pharmaceuticals, Inc._

**MILLER & WAGNER, LLP**

_s/ Robert S. Wagner_
Robert S. Wagner, WSBA No. 14567
rsw@miller-wagner.com
2210 N.W. Flanders Street
Portland, OR 97210
T: 503-299-6116
   _Counsel for Plaintiff_

ORDER OF DISMISSAL WITH PREJUDICE AS TO BAYER DEFENDANTS ONLY - Page 2
(3:20-cv-05468-JLR)

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

**FITZER VEAL LAW, PS**

*s/ Bertha B. Fitzer*
Bertha B. Fitzer, WSBA No. 12184
bertha@f2vm.com
Jennifer Marie Merringer Veal,
WSBA No. 41942
jen@f2vm.com
1102 Broadway, Ste. 401
Tacoma, WA 98401
T: 253-683-4501
  *Counsel for Olympia Emergency Services, PLLC*

**FAVROS LAW (SEA)**

*s/ Eric A. Norman*
Chad Beck, WSBA No. 45773
chad@favros.com
Eric A. Norman, WSBA No. 37814
eric@favros.com
701 Fifth Ave., Ste. 4750
Seattle, WA 98104
T: 206-749-0094
  *Counsel for Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Washington, Providence St. Peter Hospital, Providence Medical Group, and Corey Sullivan, M.D*

**HODGKINSON STREET MEPHAM, LLC**

*s/ Bertha B. Fitzer*
David S. Mepham, WSBA No. 21087
dsm@hs-legal.com
1620 SW Taylor, Ste. 350
Portland, OR 97205
T: 503-222-1143

**FITZER VEAL LAW, PS**

Bertha B. Fitzer, WSBA No. 12184
bertha@f2vm.com
Jennifer Marie Merringer Veal,
WSBA No. 41942
jen@f2vm.com
1102 Broadway, Ste. 401
Tacoma, WA 98401
T: 253-683-4501
  *Counsel for John Ngo, D.O., Arin Braseth, M.D.*

---

ORDER OF DISMISSAL WITH PREJUDICE AS TO BAYER DEFENDANTS ONLY - Page 3
(3:20-cv-05468-JLR)

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

CERTIFICATE OF SERVICE

I hereby certify that on the date below, I hereby electronically filed the

ORDER OF DISMISSAL WITH PREJUDICE AS TO BAYER DEFENDANTS ONLY, with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing

to the following:

| | |
|---|---|
| *Counsel for Bayer Healthcare, LLC, Bayer Medical Care, Inc., and Bayer Healthcare Pharmaceuticals, Inc.*<br>Nancy M. Erfle<br>Gordon Rees LLP<br>121 SW Morrison St., Suite 1575<br>Portland, Oregon 97204<br>503-222-1075<br>nerfle@gordonrees.com | X   E-Filed with CM/ECF<br>☐   Facsimile<br>☐   Regular U.S. Mail<br>☐   E-Mail |

AND

Luke C. Beasley
Benjamin J. Whiting
Kaspar J. Stoffelmayr
Bartlit Beck LLP
54 W. Hubbard Street
Chicago, Illinois 60654
312-494-4400
Luke.Beasley@bartlitbeck.com
Ben.Whiting@bartlitbeck.com
Kaspar.Stoffelmayr@bartlitbeck.com

///

///

///

Page 1 -   CERTIFICATE OF SERVICE

Miller & Wagner, LLP
Trial Lawyers
22210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

| | |
|---|---|
| *Counsel for John Ngo, DO and Arin Braseth, MD*<br>David S. Mepham<br>Hodgkinson Street Mepham LLC<br>1620 SW Taylor, Suite 350<br>Portland, Oregon 97205<br>503-222-1143<br>dsm@hs-legal.com | X   E-Filed with CM/ECF<br>☐  Facsimile<br>☐  Regular U.S. Mail<br>☐  E-Mail |
| AND<br><br>Bertha Fitzer<br>Fitzer Veal Law, PS<br>1102 Broadway<br>Tacoma, WA 98402<br>253-683-4516<br>bertha@f2vl.com | X E-Filed with CM/ECF<br>☐  Facsimile<br>☐  Regular U.S. Mail<br>☐  E-Mail |
| *Counsel for Corey Sullivan, MD, Providence St. Joseph Health, Providence Health & Services - Washington, Providence St. Peter Hospital & Providence Med. Grp.*<br>Eric A. Norman<br>Fain Anderson VanDerhoef et al.<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104<br>206-749-0094<br>eric@favros.com | X   E-Filed with CM/ECF<br>☐  Facsimile<br>☐  Regular U.S. Mail<br>☐  E-Mail |

DATED this 23rd day of September, 2020.

                                       */s/ Robert S. Wagner*
                                       Robert S. Wagner
                                       David K. Miller

Page 2 -    CERTIFICATE OF SERVICE

Miller & Wagner, LLP
Trial Lawyers
22210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116